IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 07-161 |
| | : | |
| MICHAEL CURTI | : | |

### O R D E R

**AND NOW**, this 3rd day of August, 2011, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docket No. 71), and the Government's Motion to Dismiss the Defendant's Section 2255 Motion (Docket No. 75), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion (Docket No. 75) is **GRANTED**.

2. Defendant's Motion (Docket No. 71) is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.